# COURTROOM MINUTE SHEET

DATE 10/01/2026

CASE NUMBER CR-24-436-G

USA -vs- Leah Melrose

COMMENCED 01:40 ENDED 02:44 TOTAL TIME 1 hr 4 mins

PROCEEDINGS Sentencing

JUDGE CHARLES B. GOODWIN DEPUTY JACOB BUCKLE REPORTER CHRISTY CLARK

PLF COUNSEL Stephen Hoch

DFT COUNSEL Kyle Wackenheim

PROBATION OFFICER Alexis Maltz

INTERPRETER

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

The Court hears argument re sentencing from Govt and Deft as well as personal statement of Deft and commits Deft for BOP for 120 months to run concurrently with Comanche Co. CF-2024-627 and any revocation sentences in that or any other state court sentences followed by 60 months of supervised release in addition to ordering a special assessment fee of $100.00 due immediately. Deft advised of appeal rights and remanded to custody of USM.