**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

**Certified Copy**

3:25 pm, Dec 04, 2025
**Joan Kane, Clerk**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No.CR-24-436-G** |
| | ) | |
| **LEAH MELROSE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any other United States Marshal, or any other law enforcement officer, and the Warden or Superintendent of the Comanche County Detention Center, Lawton Oklahoma:

GREETINGS: You are hereby commanded to proceed to the Comanche County Detention Center, Lawton Oklahoma, and there take and receive Leah Melrose, DOB: XX-XX-1994, and keep the defendant in your custody and bring the defendant before the United States District Court for the Western District of Oklahoma, forthwith, for arraignment, hearings, and subsequent disposition of charges necessary in the above-entitled case, and following the conclusion of the proceedings and final disposition of charges in the above-entitled case, then return the defendant to the custody of the Comanche County Detention Center, Lawton Oklahoma.

DATED this 3rd day of December, 2025.

JOAN KANE
Clerk of the United States District Court for the Western District of Oklahoma

By s/Ryan Beam
Deputy

**MARSHAL'S RETURN**

Received LEAH MELROSE on 01-13-2026
at COMANCHE CO DET CENTER and transported him /her
to FEDERAL COURTHOUSE W/OK on 03-03-2026.
Return to COMANCHE CO DET CENTER on 10-08-2026.

By: United States Marshals Service
Western District of Oklahoma